IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHANIE ANNE PHAM,
                Appellant,
vs.
ARTURO PUENTES RAMIREZ,
                Respondent.

No. 81948

FILED

AUG 06 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, Second Judicial District Court
       Second Judicial District Court, Department 11
       Cozen O'Connor
       R. Scott Jamieson
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-22943